UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Melvin L. Singletary, | ) | C/A No. 5:12-cv-02384-GRA-KDW |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) ) | ORDER |
| Joey Norris, Joyce Brunson, Tressa Henneghai, Alliyah Harris, and Amy Webber, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Plaintiff, proceeding pro se and *in forma pauperis*, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants filed a motion to dismiss on February 11, 2013. ECF No. 38. As Plaintiff is proceeding pro se, the court entered an order on February 12, 2013, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a motion to dismiss and of the need for him to file an adequate response. ECF No. 39. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' Motion to Dismiss by April 8, 2013. Plaintiff is further advised that if he fails to respond, this action will be recommended for dismissal with

prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

March 21, 2013                                                       Kaymani D. West
Florence, South Carolina                           United States Magistrate Judge