UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Melvin L. Singletary, | ) | C/A No. 5:12-cv-02384-GRA-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Report and Recommendation |
| | ) | |
| Joey Norris, Joyce Brunson, Tressa Henneghai, Alliyah Harris, and Amy Webber, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Plaintiff, proceeding pro se and *in forma pauperis*, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants filed a Motion to Dismiss on February 11, 2013. ECF No. 38. As Plaintiff is proceeding pro se, the court entered an order on February 12, 2013, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a motion to dismiss and of the need for him to file an adequate response. ECF No. 39. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted, thereby ending this case. Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion.

On March 21, 2013, the court ordered Plaintiff to advise the court by April 8, 2013 whether he wished to continue with the case. ECF No. 43. Plaintiff has filed no response. As such, it appears to the court that Plaintiff does not oppose Defendants' motion and wishes to

abandon his action. Based on the foregoing, the undersigned recommends that this action against Defendants be dismissed with prejudice for failure to prosecute, thereby ending this matter. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO RECOMMENDED.

April 12, 2013  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge

**The parties are directed to note the important information in the attached "Notice of Right to File Objections to Report and Recommendation."**